# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

152179(14)(16)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

FRANKLIN DAJUAN-WARRE ANDERSON,
    Defendant-Appellant.
_____/

SC: 152179
COA: 327177
Wayne CC: 13-009902-FC

On order of the Chief Justice, the motion and amended motion of defendant-appellant to file a supplemental application for leave to appeal are GRANTED. The supplemental application submitted on September 9, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2015

